IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:94-cr-01009-MP-AK

JOHN RICHARD KNOCK,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 986, Motion for Decree of Forfeiture of Substitute Property by USA as to John Richard Knock.  Being fully advised in the premises, the Court finds:

    On February 11, 2005, the Court entered a Preliminary Order Of Forfeiture against the following property: $3,122.53 and $9,620.00 in United States Currency pursuant to the provisions of 21 U.S.C. 853 and based upon the Defendant's conviction and the Forfeiture Count of the indictment;

    On February, 21, 2005, the United States published in the Gainesville Sun, a newspaper of general circulation, notice of this forfeiture and the intent of the United States to dispose of the property, in accordance with the law, and further notifying all third parties of their right to file a petition within thirty (30) days of the final publication setting forth their interest in said property; and

    No other persons or entities having an interest in the above referenced property have filed timely petitions.

    Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The United States Motion for a Final Order Of Forfeiture, Doc. 986, is GRANTED. The right, title and interest to the above-referenced property, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of in accordance with the law.

**DONE AND ORDERED** this __4th__ day of May, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge