IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:94-cr-01009-MP-AK

JOHN RICHARD KNOCK,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 993, Defendant Knock's First Motion for Extension of Time to File Reply.  For good cause shown, the Court finds the motion is well taken, and it is **GRANTED**.  Knock shall file his reply no later than **July 11, 2005**.

**DONE AND ORDERED** this *6th* day of June, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**