IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                              CASE NO. 1:94-cr-01009-MP-AK

JOHN RICHARD KNOCK,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 988, Motion for Joinder, by John Richard Knock. To the extent that the claims raised in the joinder have not already been fully briefed by the Government in its response to the § 2255 petition, the Court requires a response. Thus, no later than **August 15, 2005**, the Government shall file a response to Knock's motion for joinder.

**DONE AND ORDERED** this *15th* day of July, 2005.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**