# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA DIVISION GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                    **CASE NO.1:94CR1009-MMP/AK**

**JOHN RICHARD KNOCK,**

    Defendant.

_____/

## REPORT AND RECOMMENDATION

This cause is before the Court on Defendant's motion to vacate pursuant to § 2255. Doc. 1117.

By prior R&R, the Court denied Defendant's original motion to vacate, and that decision is now pending appeal before the Eleventh Circuit. The instant motion, claiming Defendant is actually innocent of the conviction on Count One, conspiracy to distribute marijuana, based on a recent Eleventh Circuit case. This is similar to issues raised in the original § 2255 motion.

Defendant is clearly barred from seeking § 2255 relief at this time on his claims. He was previously denied § 2255 relief and may not file a second or successive motion under § 2255 without prior certification from the Eleventh Circuit. 28 U.S.C. § §

2244(b)(3) & 2255.  Even then, a second or successive motion will not be allowed absent newly discovered evidence or "a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable." § 2255.  Defendant has not sought or been granted leave by the appellate court to file a second or successive motion to vacate, and thus, review is plainly foreclosed here at this time.

Even if the Court assumes this is merely supplemental authority for issues being considered now at the court of appeals, the motion should be denied so that Defendant may rightfully apprise the Eleventh Circuit of his position with regard to the conviction on Count One.

In light of the foregoing, it is respectfully **RECOMMENDED**:

That Defendant's motion to vacate pursuant to 28 U.S.C. § 2255, Doc. 1117, be **DENIED**.

**IN CHAMBERS** at Gainesville, Florida, this  27th   day of August, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**Case No.1:94cr1009-mmp/ak**