IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:94-cr-01009-MP-AK

JOHN RICHARD KNOCK,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 1118, Report and Recommendation of the Magistrate Judge, which recommends that Defendant's Second Motion to Vacate, Doc. 1117, be denied. The Court agrees with the Magistrate that review of Defendant's motion is foreclosed at this time. Defendant's first motion to vacate was denied, and Defendant has not sought leave to file a second or successive motion pursuant to Title 28 U.S.C. §§ 2244(b)(3) & 2255. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The Report and Recommendation of the Magistrate, Doc. 1118, is adopted and incorporated herein.  Defendant's Second Motion to Vacate, Doc. 1117, is DENIED.

    **DONE AND ORDERED** this   *3rd* day of October, 2008

                                      *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge