IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:94-cr-01009-MP-AK

JOHN RICHARD KNOCK,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 1139, Motion for Certificate of Appealability ("COA"), which was construed from Defendant's Notice of Appeal (Doc. 1133)  Defendant seeks to appeal this Court's October 3, 2008, order (Doc. 1128) denying his motion to vacate for failure to seek leave from the Eleventh Circuit Court of Appeals before filing a second or successive motion under § 2255.  To obtain a COA when the district court has rejected a claim on procedural grounds, the defendant must show that jurists of reason would find it debatable whether (1) the petition states a valid claim of the denial of a constitutional right and (2) the district court was correct in its procedural ruling.  Slack v. McDaniel, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam).  Defendant has failed to make

this threshold showing.  Accordingly, it is hereby

> **ORDERED AND ADJUDGED:**
>
> 1. Defendant's Motion for Certificate of Appealability, Doc. 1139, is DENIED.
>
> 2. The Clerk is directed to forward a copy of this order and an updated docket sheet to the Eleventh Circuit Court of Appeals.
>
> **DONE AND ORDERED** this __9th__ day of January, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
